# Court of Appeals
# of the State of Georgia

ATLANTA,  March 16, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0304.  JOHNNY A. MILSAP v. BRENDA KING MILSAP.**

On October 6, 2016, the trial court issued a final judgment and decree of divorce in this case. Johnny A. Milsap thereafter filed a motion for new trial, which the trial court denied on December 21, 2016. On January 20, 2017, Johnny Milsap filed an application for discretionary review in the Supreme Court, which transferred the application to this Court.[1]

An application is timely if it is filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). For this Court to have jurisdiction, an application for discretionary appeal must be timely filed.  See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016); *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Although a motion for new trial may extend the time in which appellate relief may be sought, it must be filed within 30 days of the entry of judgment. OCGA §§ 5-5-40 (a); 5-6-35 (d). An untimely motion for a new trial is void and does not toll the time for filing the application. See *Wright v. Rhodes*, 198 Ga. App. 269, 269 (401 SE2d 35) (1990).

As the applicant, Johnny Milsap bears the burden of showing that his application should be granted.  *Harper v. Harper*, 259 Ga. 246, 246 (378 SE2d 673) (1989). "The applicant shall include with the application a copy of any petition or

---

[1] Pursuant to the Appellate Jurisdiction Reform Act of 2016, the Court of Appeals has appellate jurisdiction over divorce and alimony cases in which the notice of appeal or application was filed on or after January 1, 2017.  OCGA § 15-3-3.1 (a) (5); see Ga. L. 2016, p. 883, § 6-1 (c) (effective date).

motion that led directly to the order or judgment being appealed and a copy of any responses to the petition or motion." Court of Appeals Rule 31 (e); see also OCGA § 5-6-35 (c). By omitting from his application a file-stamped copy of his motion for a new trial, he has failed to show that his application is timely, such that this Court has jurisdiction to consider it. Consequently, this application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  03/16/2017*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



                              *, Clerk.*